# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

AUTUMN YOUNG, WENDI LEE,
MEGAN VENTRESS, COURTNEY RAE
COOK, ADRIAN ROBERTS, AND
FELICIA WALTERS

NO.   2021 CW 0999

VERSUS

STATE OF LOUISIANA,
LOUISIANA WORKFORCE
COMMISSION, GOVERNOR JOHN
BEL EDWARDS, IN HIS OFFICIAL
CAPACITY, AVA DEJOIE CATES,
IN HER OFFICIAL CAPACITY

**AUGUST 20, 2021**

---

In Re:    Autumn Young, Wendi Lee, Megan Ventress, Courtney Rae
Cook, Adrian Roberts, and Felicia Walters, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 710197.

---

**BEFORE:    McDONALD, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.**  The trial court's August 12, 2021 ruling that denied plaintiffs' request for a preliminary injunction is an appealable judgment.  La. Code Civ. P. art. 3612.  The writ is granted for the limited purpose of remanding this matter to the district court with instructions to grant plaintiffs an appeal pursuant to their notice of intent to apply for supervisory writ filed with the district court on August 20, 2021.  See **In Re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam).  Plaintiffs shall submit an order for appeal to the trial court by September 7, 2021.  Additionally, a copy of this court's order is to be included in the appellate record.  Once the appeal is lodged with this court, plaintiffs may request expedited and/or preferential handling pursuant to the Uniform Rules of the Louisiana Courts of Appeal and the Rules of this court.

**JMM**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT